UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN ROBERTS,<br><br>    Petitioner,<br><br>    v.<br><br>DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECITONS AND REHBILITATION,<br><br>    Respondent. | No.  2:13-cv-0649 CKD P<br><br><br><br>ORDER |

By order filed May 1, 2013, petitioner's habeas application was dismissed and thirty days' leave to file an amended application was granted.  The thirty day period has now expired, and petitioner has not responded to the court's order.

Accordingly, IT IS HEREBY ORERDED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).[1]

Dated:  June 11, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
robe0649.fta

---

[1] Petitioner has consented to have all matters in this action be before a magistrate judge.  28 U.S.C. § 636(c).